IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND THOMAS KOCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON PRICE,<br><br>　　　　　Defendant. | No. 2:19-CV-1994-JAM-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. On October 7, 2020, the District Judge issued an order granting defendant's motion to dismiss and dismissing this action in its entirety. Final judgment has been entered. Pending before the Court in this closed case is Plaintiff's "Motion to Introduce Documentary Supporting Evidence." See ECF No. 23. Because this action is closed and judgment has been entered, Plaintiff's motion is denied.

　　　　IT IS SO ORDERED.

Dated: October 16, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1